**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISRAEL ORTIZ BRUNO, et al., | Case No.: 2:26-cv-01254-APG-DJA |
| Plaintiffs | **Order Striking Certificate of Interested Parties** |
| v. | |
| SPEEDY DELIVER, INC., et al., | |
| Defendants | |

I ORDER that the defendants Speedy Delivery, Inc. and UMT Global Logistics LLC's certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of each of these defendants for diversity jurisdiction purposes as required by that rule.  As a reminder, defendant UMT Global Logistics LLC is "a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

I FURTHER ORDER these parties to file a proper certificate of interested parties by May 15, 2026.

DATED this 4th day of May, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE