**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISRAEL ORTIZ BRUNO, et al., | Case No.: 2:26-cv-01254-APG-DJA |
| Plaintiffs | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| SPEEDY DELIVERY, INC., et al., | |
| Defendants | |

In light of defendants Speedy Delivery, Inc. and UMT Global Logistics, LLC's response to the order to show cause (ECF No. 11),

I ORDER that that the order to show cause (ECF No. 4) is satisfied, and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 19th day of May, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE