STEVEN P. CANFIELD
Nevada Bar No. 12711
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
scanfield@winnerfirm.com

*Attorneys for Defendants Speedy Delivery, Inc., UMT Global Logistics, LLC and Solomona Brian Maiava*

WINNER & BOOZE LAWYERS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISRAEL ORTIZ BRUNO and CARMEN LUZ RAMIREZ-ORTIZ,<br><br>Plaintiffs,<br><br>v.<br><br>SPEEDY DELIVERY, INC., a California Corporation; UMT GLOBAL LOGISTICS, LLC, an Illinois Limited Liability Company; MUNISA TRANS INC., a Illinois Corporation; SOLOMONA BRIAN MAIAVA, individually; and DOES I through X; ROE Corporations I through X inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-01254-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Rodolfo Gonzalez of the law firm Gonzalez Law Firm, attorney for the Plaintiffs, ISRAEL ORTIZ BRUNO and CARMEN LUZ RAMIREZ-ORTIZ, and Steven P. Canfield of the law firm Winner & Booze, attorney for Defendants, SPEEDY DELIVERY, INC., UMT GLOBAL LOGISTICS, LLC and SOLOMONA BRIAN MAIAVA that the Plaintiffs' Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

///

///

///

///

///

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 6th day of ~~September,~~ Oct. 2026.

WINNER & BOOZE

Steven P. Canfield
Nevada Bar No. 12711
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendants Speedy Delivery, Inc., UMT Global Logistics, LLC and Solomona Brian Maiava*

DATED this 2 day of ~~September,~~ October 2026.

GONZALEZ LAW FIRM

Rodolfo Gonzalez
Nevada Bar No. 12751
879 N. Eastern Ave.
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs Israel Ortiz Bruno and Carmen Luz Ramirez-Ortiz*

WINNER & BOOZE LAWYERS

WINNER & BOOZE LAWYERS

**ORDER**

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiffs' Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

**THIS IS SO ORDERED.**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: October 13, 2026